**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Bernard Joseph DOLENZ,**
**Defendant–Appellant.**

**No. 08–10433**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 16, 2009.

Susan B. Cowger, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Bernard J. Dolenz, Dallas, TX, pro se.

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Bernard Joseph Dolenz has

---

\* Pursuant to 5TH CIR. R. 47.5, the court has   determined that this opinion should not be

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Dolenz has filed a response. Our independent review of the record, counsel's brief, and Dolenz's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.